PETER J. ROONEY, APPELLANT, V. EDWARD J. FLANAGAN, APPELLEE.

FILED OCTOBER 11, 1929. No. 26772.

*Gray, Brumbaugh & McNeil,* for appellant.

*Monsky, Katleman & Grodinsky* and *A. F. Brungardt,* contra.

Heard before GOSS, C. J., ROSE, DEAN, EBERLY and DAY, JJ., and REDICK, District Judge.

PER CURIAM.

This is an appeal by plaintiff from a judgment of the district court for Douglas county in an action brought to recover money alleged to have been paid out by plaintiff for the use and benefit of defendant.

We have carefully considered the record and find that the same is without prejudicial error. The judgment of the district court is, therefore,

AFFIRMED.